Order of September 21, 2012 Withdrawn, Appeal Reinstated and Order filed October 25, 2012



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

### NO. 14-12-00648-CV
_____

### PATRICIA ANN POTTS, Appellant

### V.

### TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, ET AL, Appellees

---

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2012-24678**

---

## ORDER

This attempted appeal is from an order signed June 15, 2012, dismissing the underlying suit. On September 21, 2012, we abated this appeal for a determination of indigence and findings pursuant to section 13.003 of the Texas Civil Practice & Remedies Code. *See* Tex. Civ. Prac. & Rem. Code Ann. § 13.003(a). On October 12, 2012, we were notified that pursuant to section 11.103 of the Texas Civil Practice and Remedies Code, Patricia Ann Potts has been declared a vexatious litigant and is therefore

1

subject to the pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012).

Under section 11.103(a), the clerk of this court may not file an appeal presented by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d) (West Supp. 2012). This is not an appeal from a pre-filing order entered under section 11.101. Accordingly, we withdraw our order of September 21, 2012, and reinstate the appeal.

This court will consider dismissal of this appeal unless appellant, within 10 days of the date of this order, shows that she has obtained an order from the local administrative judge permitting the filing of this appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) (West Supp. 2012).


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.